WAINWRIGHT et al. v. COTTER.

(Court of Civil Appeals of Texas. San Antonio. May 3, 1911.)

INJUNCTION (§ 172*)—REVIEW—DISSOLUTION OF TEMPORARY INJUNCTION.

An order dissolving a temporary injunction, granted, without notice, on the petition, will be affirmed, having been on an answer under oath, clearly denying the material facts, and supported by ample testimony.

[Ed. Note.—For other cases, see Injunction, Dec. Dig. § 172.*]

Appeal from District Court, Nueces County; W. B. Hopkins, Judge.

Action by J. R. Wainwright and others against J. E. Cotter. From an order, plaintiffs appeal. Affirmed.

JAMES, C. J. This is an appeal from an order dissolving a temporary writ of injunction, which injunction was granted, without notice, on the petition of these appellants.

The answer was a clear denial of the ma-

terial facts under oath. We find in addition to the denials of the answer that the court heard testimony introduced by both parties, and that the denials of the answer were supported by ample testimony, credited by the judge, sufficient in connection with the said sworn denials to warrant his action in dissolving the injunction. Wherefore the judgment is affirmed.